IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FBN FINANCE, LLC,

     Plaintiff,

v.                                                                      No. 1:25-cv-00024-KG-JFR

CURRY COUNTY FARMING, INC., and
JACOBUS ROUX VAN DER MERWE,

     Defendants.

## DEFAULT JUDGMENT ON DAMAGES

     This matter comes before the Court on the Plaintiff FBN Finance, LLC's motion for a default judgment under Federal Rule of Civil Procedure 55. The Court previously entered a Memorandum Opinion and Order on December 12, 2025, granting default judgment on the question of liability against the Defendant Curry County Farming, Inc. The Court further ordered that Plaintiff FBN Finance, LLC, file updated documentation on the docket concerning the current amount of damages due under the loan agreements at issue. On December 22, 2025, Plaintiff FBN Finance, LLC, filed a damages affidavit. The Court has reviewed affidavit and now FINDS that the amount due on the loan agreements at issue in this litigation as of December 31, 2025, is $1,010,601.12 as of December 31, 2025. Now, therefore, the Court CONCLUDES that Plaintiff FBN Finance, LLC, shall have a money judgment against Defendant Curry County Farming, Inc. in the total amount of $1,010,601.12 as of December 31, 2025.

     IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.